JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02092-JWH(DFMx) | Date | December 20, 2024 |
| Title | *Hyperice, Inc. v. MerchSource, LLC* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Benjamin A. Herbert | Mark C. Johnson |

**Proceedings:** **SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. The following claim construction schedule is **SET** with respect to U.S. Patent No. 12,036,174:

| EVENT | DATE |
|---|---|
| Deadline for Disclosure of Asserted Claims and Infringement Contentions | January 13, 2025 |
| Deadline for Invalidity Contentions | March 7, 2025 |
| Deadline for Exchange of Proposed Terms for Construction | March 21, 2025 |
| Deadline for Exchange of Preliminary Claim Constructions and Extrinsic Evidence | April 11, 2025 |
| Deadline for Joint Claim Construction and Prehearing Statement and Expert Reports | May 6, 2025 |

Time:  00:08

Initials of Preparer:  cla

| EVENT | DATE |
|---|---|
| Deadline for Completion of Claim Construction Discovery | May 23, 2025 |
| Deadline for Parties to file Simultaneous Opening Claim Construction Briefs | June 20, 2025 |
| Deadline for Parties to file Simultaneous Responsive Claim Construction Briefs | July 11, 2025 |
| Claim Construction Hearing (in Person) | Tuesday, July 29, 2025, at 10:00 a.m. |

2.  If the parties wish to participate in a settlement conference before the Magistrate Judge or another Judicial Officer, they may contact the Courtroom Deputy Clerk by email at JWH_Chambers@cacd.uscourts.gov.

3.  The Court will issue a separate trial scheduling order after the claim construction process is complete.

4.  The following cases are **CONSOLIDATED** into Case No. 8:24-cv-01472-JWH-DFM for pretrial purposes through the date of the *Markman* hearing:  Case Nos. 8:24-cv-02092-JWH-DFM and Case No. 8:24-cv-02034-JWH-DFM.

5.  The clerk is **DIRECTED** to close this case administratively.

6.  Any party may make a motion at any time to sever the cases, for good cause shown.

**IT IS SO ORDERED.**

Time:  00:08
Initials of Preparer:  cla